UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARTIN REINER, | ) | CASE NO. CV 11-8353-JFW (PJW) |
|     Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINAL REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| DAVID S. CUNNINGHAM, III, | ) | |
|     Defendant. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

DATED: _____11/22/11_____.

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE