UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN REINER,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID S. CUNNINGHAM, III,<br><br>    Defendant. | Case No. CV 11-8353-JFW (PJW)<br><br>J U D G M E N T |

   Pursuant to the Order Accepting Final Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the action is dismissed with prejudice.

   DATED:   11/22/11   .


                                          _____
                                          JOHN F. WALTER
                                          UNITED STATES DISTRICT JUDGE